IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00695-ZLW-BNB

L.H. HARDY,

    Plaintiff,

v.

PFIZER, INC.,
PHARMACIA C ORPORATION,
MONSANTO COMPANY, and
G.D. SEARLE & COMPANY,

    Defendant.

_____

## ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this   11   day of April, 2007.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court