IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-695-JLK**

**L.H. HARDY**,

        Plaintiff,

v.

**PFIZER, INC.**
**PHARMACIA CORPORATION,**
**MONSANTO COMPANY, and**
**G.D. SEARLE & COMAPNY,**

        Defendants.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Unopposed Motion for Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (doc. #8), filed April 26, 2007, is GRANTED. This case is **STAYED** pending transfer to the MDL panel.

Dated:  May 1, 2007